UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MCAC Properties, Inc.,                    Civil No. 07-105 (RHK/JSM)

      Plaintiff,

                                                              **ORDER**

vs.

Jeffrey Allen Dyke, Internal Revenue
Service,

      Defendant.

---

      Pursuant to the Stipulation of the parties filed with this Court, the above-entitled matter is hereby **DISMISSED WITH PREJUDICE** and without costs to any of the parties.

Dated: January 17, 2007

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge