UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| MCAC Properties, Inc., | Civil No. 07-105 (RHK/JSM) |
| Plaintiff, | |
| | **ORDER** |
| vs. | |
| Jeffrey Allen Dyke, Internal Revenue Service, | |
| Defendant. | |

---

Pursuant to the Stipulation of the parties filed with this Court, the above-entitled matter is hereby **DISMISSED WITH PREJUDICE** and without costs to any of the parties.

Dated: January 17, 2007

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
